## DUPLICATE MOTION MAY BE STRICKEN FROM FILES.

Circuit Court of Cuyahoga County.

### THE POPLOWSKY PLUMBING CO. v. D. H. ROSENSTEIN.

Decided, February 5, 1912.

*Striking Motion From Files—Duplicate Motion.*

A court is not required to pass upon the same matter more than once; hence there is no error in striking from the files a second motion to vacate a default judgment identical with one overruled five days before.

*Harry Koblitz,* for plaintiff.
*J. Mendelson,* contra.

WINCH, J.; MARVIN, J., and NIMAN, J., concur.

The error here complained of is striking from the files a motion to vacate a default judgment. Such action was taken by the trial court because five days before it had overruled a similar motion made by plaintiff in error.

We see no error in this ruling; the court is not required to pass more than once upon the same matter; otherwise there would be no end to litigation.

Judgment affirmed.